IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CR-2-11-182 |
| | : | JUDGE MARBLEY |
| v. | : | |
| JAYVON J. SMITH, | : | |
| Defendant. | : | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on December 14, 2011, this Court entered a Preliminary Order of Forfeiture, ordering the above-named Defendant Jayvon J. Smith to forfeit to the United States the Defendant's interest in the property subject to forfeiture in Forfeiture A and B of the Information pursuant to 18 U.S.C. §924(d)(1) and 21 U.S.C. §853(a)(1) and (2);

WHEREAS, for 30 consecutive days beginning April 12, 2012, the United States published notice of this forfeiture on the government's internet site www.forfeiture.gov, which provided potential claimants notice of this forfeiture and of the intent of the United States to dispose of the forfeited property in accordance with the law and further notifying all third parties of their right to petition the Court within sixty (60) days of the initial publication date for a hearing to adjudicate the validity of their alleged legal interest in the property. There are no parties known to the United States who may have interest in the subject property;

WHEREAS, on March 2, 2012, this Court held Defendant Jayvon J. Smith's sentencing hearing and verbally pronounced the forfeiture of the subject property and thereafter on March 8, 2012, issued its Judgment ordering Defendant Jayvon J. Smith to forfeit to the United States the property described herein;

WHEREAS, no petitions asserting a legal interest in the forfeited property were filed and the time for the filing of such petitions has expired;

WHEREAS, the Court finds that Defendant Jayvon J. Smith had an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. §924(d)(1) and 21 U.S.C. §853(a)(1) and (2) for violations of 18 U.S.C. §922(g)(1), 21 U.S.C. §§841(a)(1) and 842(b)(1)(C);

**NOW THEREFORE, IT IS HEREBY, ORDERED, ADJUDGED AND DECREED:**

1. That all right, title and interest in and to the hereinafter described property be and is hereby **FORFEITED** to the United States of America, said property being described as:

   a) **Glock, .40 caliber handgun, serial number FAH817;**

   b) **Glock, .40 caliber handgun, serial number ATX856;**

   c) **.40 caliber ammunition;**

   d) **Four Thousand Five Hundred Sixty-Two and 00/100 Dollars ($4,562.00) in United States Currency.**

2. That the United States Marshals Service and/or the Bureau of Alcohol, Tobacco, Firearms and Firearms shall dispose

of the property according to law.

3. That any and all claims and interests in and to the above described forfeited property are forever barred and no right, title or interest in the forfeited property shall exist in any other person or entity, and the United States of America shall have clear title to said property and may warrant good title thereto.

ORDERED this 28TH day of June, 2012

HONORABLE ALGENON L. MARBLEY
UNITED STATES DISTRICT COURT JUDGE